**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| BRENDA F. LUNA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-07-0481-F |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff brings this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of the final decision of the Commissioner of the Social Security Administration denying her application for supplemental security income benefits.

Magistrate Judge Doyle W. Argo issued a Report and Recommendation on March 5, 2008 (doc. no. 23), recommending that the Commissioner's decision be affirmed. In his Report, the magistrate judge advised the parties of their right to object to the Report and Recommendation by March 25, 2008. Neither party has filed an objection to the Report, and neither party has requested an extension of time within which to file any objection to the Report.

With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here and that the Report should be adopted in its entirety.

Accordingly, the court **ACCEPTS**, **AFFIRMS**, and **ADOPTS** the findings and recommendations of Magistrate Judge Argo as stated in his Report and

Recommendation. The final decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

Dated this 27th day of March, 2008.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

07-0481p002.wpd